

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| ROBERT G. HOULE, | § | No. 08-17-00189-CV |
| Appellant, | § | Appeal from the |
| v. | § | 210th District Court |
| CASCO INVESTMENTS, INC. AND JOSE LUIS CASILLAS: JLC VENTURES, | § | of El Paso County, Texas |
| | § | (TC# 2011-2614) |
| Appellees. | § | |

**O R D E R**

The court has this day filed the Supplemental Clerk's Record containing the Trial Court's Order Denying Challenge to Statement of Inability to Pay Costs pursuant to this Court's order dated September 15, 2017. Therefore, Appellant will be allowed to proceed without paying for the costs of appeal, including the fee for the reporter's record.

Further, the appellate timetable suspension is lifted and the Reporter's Record shall be filed with this Court on or before November 12, 2017.

IT IS SO ORDERED this 13th day of October, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.